IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. 2:20-cr-750-RMG |
|---|---|---|
| | ) | |
| vs. | ) | 18 U.S.C. § 930(a) |
| | ) | |
| **JOEL T. DROGOMIR** | ) | **INFORMATION** |

COUNT ONE
(Possession of Dangerous Weapon in Federal Facility)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 2, 2020, in the District of South Carolina, the defendant, **JOEL T. DROGOMIR**, knowingly possessed a dangerous weapon in a federal facility, that is a razor blade, at the TSA Security Checkpoint at the Charleston International Airport;

In violation of Title 18, United States Code, Section 930(a).

COREY F. ELLIS
UNITED STATES ATTORNEY
By: /s/ *Emily Evans Limehouse*
Emily Evans Limehouse (Fed. ID #12300)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.:    (843) 727-4381
Fax:    (843) 727-4443
Email: Emily.Limehouse@usdoj.gov